1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11 | BRITNEY GRANT,                              ) NO. CV 09-7323 FMO
                                                )
12 |              Plaintiff,                     )
                                                )
13 |       v.                                    ) **JUDGMENT**
                                                )
14 | MICHAEL J. ASTRUE,                          )
     COMMISSIONER OF SOCIAL                      )
15 | SECURITY ADMINISTRATION,                    )
                                                )
16 |              Defendant.                     )
                                                )

17

18        IT IS ADJUDGED that the decision of the Commissioner of the Social Security

19   Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. §

20   405(g), for further administrative proceedings consistent with the court's Order Re: Joint

21   Stipulation filed contemporaneously with the filing of this Judgment.

22   Dated this 29th day of October, 2010.

23

24                                                     /s/
                                              _____
                                                 Fernando M. Olguin
25                                            United States Magistrate Judge

26

27

28