LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 796-4560
 Facsimile:  (909) 796-3402
 E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

BRITNEY GRANT,     ) No.  EDCV 09-7323 FMO
          )
 Plaintiff,      ) <u>ORDER AWARDING EAJA FEES</u>
          )
 v.         )
          )
MICHAEL J. ASTRUE,    )
Commissioner Of Social Security, )
          )
 Defendant.      )

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($2,200.00) subject to the terms of the stipulation.

 DATE:  11/30/10    _____/s/_____
          HON. FERNANDO M. OLGUIN
          UNITED STATES MAGISTRATE JUDGE

-1-